LAW OFFICES
## CLAYMAN & ROSENBERG

305 MADISON AVENUE

NEW YORK, NEW YORK 10165

(212) 922-1080

FAX: (212) 949-8255

CHARLES E. CLAYMAN
SETH L. ROSENBERG
BRIAN D. LINDER
AMY E. MILLARD
PAUL S. HUGEL
ISABELLE A. KIRSHNER
THOMAS C. ROTKO



June 25, 2007

Hon. Thomas Griesa
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: <u>United States v. Callick, et al</u>
07 Crim. 500 (TPG)

Dear Judge Griesa:

    I am the attorney for Christin Van Camp, a defendant named in the above entitled indictment. I was assigned to represent Ms. Van Camp on June 22, 2007 by Magistrate Judge Eaton under the Criminal Justice Act. A status conference is scheduled before your honor on September 5, 2007 at 4:30 p.m. I am writing to request that new counsel be appointed to represent Ms. Van Camp prior to the next conference.

    My tenure on the C.J.A. Panel is concluding at the end of this month and I have decided not to seek renewal of appointment to the panel. Since this matter is at a relatively early stage, I would request that new counsel be appointed for Ms. Van Camp so that she has the benefit of counsel who continues to serve on this panel.

    I will make my file available to the new attorney and contact Ms. Van Camp to inform her of new counsel's name and contact information. Thank you for your attention to this matter.

Very truly yours,

ISABELLE A. KIRSHNER

SO ORDERED 7/12/07

U.S.D.J.

cc: A.U.S.A. Jenna Dabbs

PART I